IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENNETH IRVING ASKEW ) | |
| ) | No. 3:12 CV 457 |
| v. ) | No. 3:08 CR 170 |
| ) | |
| UNITED STATES OF AMERICA ) | |

### O R D E R

Petitioner Kenneth Askew has moved for an extension of time to file his reply to the government's response his amended § 2255 petition. (DE # 17.) The government has responded, and has no objection to the court granting petitioner's motion. (DE # 18.) Therefore, petitioner's motion is **GRANTED** (DE # 17). Petitioner's reply brief is due sixty days from the date of this order.

In his motion, petitioner also requests that the government send him a copy of its response to his petition. The government, in its response, states that it believes it has already sent petitioner a copy, but will send another one. If, for some reason, petitioner does not receive the copy the government recently sent him, he may file another motion seeking an order instructing the government to provide petitioner with a copy of its response.

**SO ORDERED.**

Date: September 27, 2013

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT