IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **KENNETH IRVING ASKEW** | ) | |
| | ) | No. 3:12 CV 457 |
| v. | ) | No. 3:08 CR 170 |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**O R D E R**

Petitioner Kenneth Askew has moved for a court order allowing him to communicate with another federal inmate who is not housed at the same facility as petitioner. (DE # 21.) The government is ordered to file a response to this motion by January 6, 2014.

SO ORDERED.

Date: December 11, 2013

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT