IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REC'D/FILED
2016 MAR 23 AM 11: 57
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES OF AMERICA, )
)
PLAINTIFF, RESPONDENT )
)
VS ) CAUSE # 12-cv-457-jtm
)
KENNETH ASKEW )
)
DEFENDANT, PETITIONER )
)

## NOTICE OF APPEAL

Notice is hereby given that KENNETH I. ASKEW, petitioner in the above entitled matter, appeals to the United States Court of Appeals for the SEVENTH CIRCUIT from the final judgment entered in this action on JANUARY 26, 2016

Date MARCH 15 2016

KENNETH ASKEW #09466-041
P.O. BOX 1000
Leavenworth KS 66048-1000